Jose Carlos **RAMOS–GOMEZ,** aka Jose Aceves, aka Jose Ramos, aka Jose Carlos Ramos, aka Jose Carlos Ramosqomez, Petitioner,

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14–71337**

United States Court of Appeals, Ninth Circuit.

Submitted September 13, 2016 *

FILED September 21, 2016

Mario Acosta, Jr., Esquire, Attorney, Law Office of Mario Acosta, Jr., Los Angeles, CA, for Petitioner.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jennifer R. Khouri, Attorney, OIL, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: HAWKINS, N.R. SMITH, and HURWITZ, Circuit Judges.

### MEMORANDUM **

Jose Carlos Ramos–Gomez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Coronado v. Holder*, 759 F.3d 977, 982 (9th Cir. 2014), and we deny the petition for review.

The BIA correctly concluded that Ramos–Gomez is removable because his conviction under California Penal Code § 273.5 is a categorical crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i). *See Carrillo v. Holder*, 781 F.3d 1155, 1159 (9th Cir. 2015) ("[California Penal Code] § 273.5 is categorically a crime of domestic violence within the meaning of [8 U.S.C.] § 1227(a)(2)(E)(i).").

In light of our disposition, we do not reach Ramos–Gomez's contention that his conviction is not an aggravated felony crime of violence.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.